IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER NILES,<br><br>Plaintiff,<br><br>v.<br><br>NGUYENTRAN09, LLC,<br><br>Defendant. | Case No. 2:22-cv-01616-LPL |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Christopher Niles, by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, NguyenTran09, LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

Dated: March 20, 2023                                  Respectfully submitted,

*/s/ Nicholas A. Colella*
Nicholas A. Colella
LYNCH CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: 412-322-9243
Fax: 412-231-0246
NickC@lcllp.com

R. Bruce Carlson
CARLSON BROWN
222 Broad St.
PO Box 242
Sewickley, PA 15143
(724) 730-1753
bcarlson@carlsonbrownlaw.com

*Counsel for Plaintiff*