## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER NILES,            )<br>                               )<br>            Plaintiff,           )<br>                               )<br>v.                             )<br>                               )<br>NGUYENTRAN09, LLC.,            )<br>                               )<br>            Defendant.          )  | Civil Action No. 2:22-cv-01616<br><br>Magistrate Judge Lisa Pupo Lenihan |

## **ORDER**

Plaintiff filed a Notice of Settlement (ECF No. 16) on March 20, 2023. The only matters remaining will be the payment of the settlement proceeds and the submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a). It appears that there is no further action required by the court at this time. Therefore,

**IT IS ORDERED** this 21st day of March, 2023, that the Clerk of Court mark this case **CLOSED**. Nothing contained in this order shall be considered a dismissal or disposition of this action. Should further proceedings be required, either party may file a motion to re-open and this case will proceed as if this order had not been entered.

**IT IS FURTHER ORDERED** that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized including, but not limited to, enforcing settlement.

                                                                              s/Lisa Pupo Lenihan
                                                                              Lisa Pupo Lenihan
                                                                              United States Magistrate Judge

cc:   All Counsel of Record.