IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER NILES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NGUYENTRAN09, LLC,<br><br>　　　　Defendant. | Case No. 2:22-cv-01616-LPL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Christopher Niles and Defendant Nguyentran09, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: April 4, 2023                                   Respectfully submitted,

*/s/ Joseph F. Butcher*                                */s/ Nicholas A. Colella*
Joseph F. Butcher                                      Nicholas Colella
Zimmer Kunz PLLC                                       **LYNCH CARPENTER, LLP**
310 Grant Street, Suite 3000                           1133 Penn Avenue, 5th Floor
The Grant Building                                     Pittsburgh, PA 15222
Pittsburgh PA, 15219                                   (412) 322-9243
Tel: (412) 434-5449                                    NickC@lcllp.com
Fax: (412) 281-1765
E-Mail: butcher@zklaw.com                              R. Bruce Carlson
                                                       **CARLSON BROWN**
*Attorney for Defendant*                               222 Broad St.
                                                       PO Box 242
                                                       Sewickley, PA 15143
                                                       bcarlson@carlsonbrownlaw.com
                                                       (724) 730-1753

                                                       *Attorneys for Plaintiff*